# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00787-CR

**Benjamin Haskell Copeland, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 27TH DISTRICT COURT OF BELL COUNTY
NO. 82890, THE HONORABLE JOHN GAUNTT, JUDGE PRESIDING**

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's appointed attorney has filed a motion to withdraw as counsel, explaining that he has been appointed as presiding judge of the 474th District Court of McLennan County and must withdraw from all pending matters.

We grant the motion. We also abate the appeal and remand the matter to the trial court so that it may appoint substitute counsel to represent appellant in this appeal. In addition, the trial court shall order that a supplemental clerk's record containing the appointment order be prepared and forwarded to this Court no later than February 9, 2023.

It is so ordered January 9, 2023.

Before Chief Justice Byrne, Justices Triana and Theofanis

Abated and Remanded

Filed:   January 9, 2023

Do Not Publish